# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EQUIFAX, INC., ) | |
| ) | |
| Plaintiff ) | |
| Counterclaim-Defendant, ) | Civil Action No. 1:06-CV-2404-TCB |
| ) | |
| v. ) | |
| ) | |
| VERID, INC., ) | |
| ) | |
| Defendant ) | |
| Counterclaim-Plaintiff. ) | |

## MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiff Equifax, Inc. moves this Court for an Order permitting Erin Cranman Witkow, Esq. to withdraw as counsel for Equifax in the instant action. In support of this Motion, Plaintiff states that Ms. Witkow is no longer affiliated with the law firm of Sutherland Asbill & Brennan LLP. Equifax will continue to be represented by William F. Long, Esq., Jeffrey J. Toney, Esq., Michael I. Krause, Esq. and William T. Cook, Esq. of Sutherland Asbill & Brennan LLP.

Accordingly, the undersigned respectfully request that the Court issue an Order (attached) withdrawing the appearance of Erin Cranman Witkow on behalf of Plaintiff Equifax, Inc. in the above-styled action.

- 2 -

DATED: Nov. 7, 2007             SUTHERLAND ASBILL & BRENNAN LLP

 /s/ Michael I. Krause
William F. Long (Georgia Bar No. 457490)
Jeffrey J. Toney (Georgia Bar No. 714615)
Michael I. Krause (Georgia Bar No. 429286)
999 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 853-8000
Fax: (404) 853-8806
Email: bill.long@sablaw.com
Email: jeffrey.toney@sablaw.com
Email: michael.krause@sablaw.com

*Attorneys for Plaintiff Equifax, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| EQUIFAX, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| Counterclaim-Defendant, | ) | Civil Action No. 1:06-CV-2404-TCB |
| | ) | |
| v. | ) | |
| | ) | |
| VERID, INC., | ) | |
| | ) | |
| Defendant | ) | |
| Counterclaim-Plaintiff. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2007, I electronically filed the foregoing MOTION FOR WITHDRAWAL OF COUNSEL using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jeffrey C. Morgan (Georgia Bar No. 522667)
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, GA 30308
Telephone: (404) 885-3000
Fax: (404) 885-3900
Email: jeffrey.morgan@troutmansanders.com

William F. Lee (*Admitted Pro Hac Vice*)
Cynthia Vreeland (*Admitted Pro Hac Vice*)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Email: william.lee@wilmerhale.com
Email: cynthia.vreeland@wilmerhale.com

Mark Rienzi (*Admitted Pro Hac Vice*)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
Email: mark.rienzi@wilmerhale.com

Alexandra McTague (*Admitted Pro Hac Vice*)
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Fax: (212) 230-8888
Email: alexandra.mctague@wilmerhale.com

*Attorneys for Defendant Verid, Inc.*

/s/ Michael I. Krause

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EQUIFAX, INC., | ) | |
| | ) | |
|     Plaintiff | ) | |
|     Counterclaim-Defendant, | ) | Civil Action No. 1:06-CV-2404-TCB |
| | ) | |
| v. | ) | |
| | ) | |
| VERID, INC., | ) | |
| | ) | |
|     Defendant | ) | |
|     Counterclaim-Plaintiff. | ) | |

## ORDER

THIS CAUSE is before the Court upon the Motion for Withdrawal of Counsel filed by Defendants. It is hereby **ORDERED and ADJUDGED:**

1. The motion is GRANTED.

2. Erin Cranman Witkow, Esq. is withdrawn as counsel for Defendants.

Executed this ____ day of _____, 2007.

_____
Honorable Timothy C. Batten
United States District Judge